IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CINCINNATI GLOBAL**     **PLAINTIFF**
**DEDICATED NO. 2 LIMITED**

**v.**     **CIVIL ACTION NO. 1:22-cv-154-TBM-RPM**

**BAYOU CADDY FISHERIES, INC.**
**BAYOU CADDY ENTERPRISES, INC.**
*and* **BAYOU CADDY TRUCKING, INC.**     **DEFENDANTS**

## ORDER

This matter came before the Court on the Motion for Partial Summary Judgment [47] filed by Plaintiff Cincinnati Global Dedicated No. 2 Limited on July 25, 2023, and the Supplemental Motion for Summary Judgment [53] filed by Plaintiff on September 27, 2023, on Count One of Plaintiff's original Complaint [1] filed on June 21, 2022.

For all of the detailed reasons stated during the December 5, 2023, hearing on the motions, the Court finds that the Plaintiff's Motion for Partial Summary Judgment [47] is granted as to the determination that the appraisal award is not binding as to coverage and causation, and denied without prejudice as to all other aspects. Moreover, the Plaintiff's Supplemental Motion for Partial Summary Judgment [53] is denied without prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that Cincinnati Global Dedicated No. 2 Limited's Motion for Partial Summary Judgment [47] is GRANTED IN PART and DENIED IN PART without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Cincinnati Global Dedicated No. 2 Limited's Supplemental Motion for Summary Judgment [53] is DENIED without prejudice.

This, the 6th day of December, 2023.

                                                 TAYLOR B. McNEEL
                                                 UNITED STATES DISTRICT JUDGE